**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELORA ELMER, *guardian ad litem for* C.R.F., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:22-cv-01045-AWI-SAB <br><br> ORDER DIRECTING CLERK OF THE COURT TO ISSUE SUMMONS AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM <br><br> (ECF No. 10) |

On August 18, 2022, Plaintiff filed the complaint in this action seeking judicial review of the final decision of Defendant Commissioner of Social Security ("Defendant") denying an application for benefits under the Social Security Act. (ECF No. 1.) Plaintiff also filed an application to proceed *in forma pauperis*. (ECF No. 2.) On August 23, 2022, the Court issued an order denying Plaintiff's application to proceed *in forma pauperis* without prejudice and requiring Plaintiff to file a long form application. (ECF No. 3.) On September 19, 2022, Plaintiff filed a long form application. (ECF No. 4.) On September 21, 2022, the Court issued findings and recommendations to deny Plaintiff's application to proceed *in forma pauperis* and require Plaintiff to pay the filing fee. (ECF No. 9.) On October 14, 2022, the District Judge adopted the recommendations and ordered Plaintiff to pay the filing fee. (ECF No. 10.) On October 18, 2022., Plaintiff paid the filing fee in full. Therefore, the Court shall direct the Clerk of the Court to issue a summons, new case documents, and to serve Defendant. The parties are

hereby directed to paragraph 1 of the scheduling order to be issued in this action, which provides that service of the Defendant shall proceed under the Court's E-service program.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Clerk of the Court is DIRECTED to issue a summons and new case documents; and

2. The Clerk of the Court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint.

IT IS SO ORDERED.

Dated: **October 19, 2022**

_____
UNITED STATES MAGISTRATE JUDGE