# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELORA ELMER,<br><br>            Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:22-cv-01045-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 21) |

On February 24, 2023, the parties filed a stipulated motion requesting the deadline for Plaintiff to file a motion for summary judgment be extended from March 3, 2023, to April 3, 2023. (ECF No. 21.) The Court finds good cause to grant the first extension.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion is GRANTED; and

2. Plaintiff shall file the motion for summary judgment on or before April 3, 2023.

IT IS SO ORDERED.

Dated:   **February 24, 2023**

                                          UNITED STATES MAGISTRATE JUDGE

1